FILED
JACKSONVILLE, FLORIDA

DEC 13 2010

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

X

Everette Weaver
Plaintiff
Vs

3-09-bk-4461
ADV PROC.NO
3:09-AP-00352-PMG
**TRIAL MEMORANDUM**

Debora A. Tellez
Defendant

X

## LIST OF ALL PLEADINGS AND PENDING MOTIONS

1) Complaint and objection to discharge dated August 3, 2009
2) Response to defendant's statement dated October 26, 2009
3) Motion to demand defendant's response and motion to postpone hearing dated November 27, 2009
4) Motion to appear telephonic dated December 7, 2009
5) Plaintiff's list of Exhibits for court filed January 7, 2009
6) Motion to compel filed with the court on February 11, 2010
7) Motion for reconsideration of default judgment filed on April 6, 2010
8) Motion for leave to amend plaintiff's first amended complaint filed on July 7, 2010
9) Motion to compel discovery filed on November 19, 2010
10) Motion to determine sufficiency filed on November 19, 2010

## STATEMENT OF THE THEORY FOR CAUSE OF ACTION

This is an adversary proceeding pursuant to rules 7001 of the federal rules of bankruptcy procedure. This court has jurisdiction over this proceeding pursuant to 28 U.S.C. section 1334. This adversary proceeding constitutes a noncore proceeding pursuant to 28 U.S.C. 157 © 2, and plaintiff consents to entry of a final judgment by the bankruptcy judge.

Bankruptcy code section 523 allows a creditor to contest the dischargeability of a particular debt that was incurred through false pretenses, fraud, use of false statements, embezzlement or larceny.
Florida rules of civil procedure rule 1.370 require a defendant to admit or deny a request for admissions within 30 days of service.

In this case plaintiff is challenging the dischargeability of debt through false pretenses and fraud because the defendant knowingly lived beyond her means after filing for bankruptcy on November 16, 1993, promised to pay the rent and had no intention to pay, abandoned plaintiff's property after deliberately damaging it and she knew exactly what she was doing because her partner works in the construction industry and her ex-husband is a subcontractor.

**SUMMARY OF FACTS**

Plaintiff rented his home, which was only two years old to Debora Tellez and her partner Todd Wilson, and they lived in the home with Debora's six children. The debtor gave several bounce checks and was always behind on the rent and she blamed this on her ex-husband who was supposed to pay child support, but from plaintiff's inspection of the property the debtor lived beyond her means.

The home was rented for $ 1500.00 from April 1, 2007 and when the lease expired after one year she called and asked if I could lower the rent to $ 1200 and I agreed to accept $ 1350.00
The debtor owes rent from January of 2009 but on March 20, 2009 I received an email from her stating that she moved out of the property on February 28, 2009 and left the keys on the kitchen counter. The evidence shows that the debtor moved out in March of 2009 and tried to say that she moved out of February 28, 2009 so she would not be responsible for March's rent.
Since she was a month-to-month tenant she is required to give the landlord 30 days notice before moving out and this is a standard boilerplate provision in all-standard leases. Because the defendant failed to give notice to the landlord 30 days in advance and she is liable for rent from January 1, 2009 to April 30, 2009.

1) The defendant is liable for four months rent at $ 1350 monthly = $ 5400

2) The defendant cause considerable damage to the property and the estimate to repair the damages are $ 4000.00

**Exhibit A.** estimate from Handyman connection to repair damages to the property

3) The defendant left the washing machine in the garage and it is not working and she also left the stove and carpet in nasty conditions. The washing machine was a Kenmore elite model which is replaceable at Sears for $ 849.88 plus sales tax of $ 55.24 and delivery and installation of $ 109.99, which is a grand total of $ 1015.11

The internal revenue service depreciates a dryer over 7 years and $ 1015.02 divided by 7 years equals $ 145.02 on a straight-line depreciation. The debtor rented a home that was two years old and the dryer was also two years old and the debtor lived in the home for approximately two years. The salvage value of the dryer left would be 3 years at $ 145.02 per year = $ 435.05

**Exhibit B.** Kenmore Elite washing machine Description.

4) Since the debtor abandoned the home and shut off the water and power and left the pool in a nasty condition the estimate to pump out the pool, scrub it with acid and refill with water is $ 400.00

**Exhibit C.** Estimate to restore pool

5) The defendant called plaintiff in August of 2008 claiming that the septic tank was full and the sewage was backing up into the toilet and the bathtub, but this was not true according to A and N Leasing who pumped out the septic.

A and N. leasing pumped out 900 gallons from the Septic tank and cleaned the filter and stated that the tank had excessive toilet paper and food products in the tank. They also stated that I should inform the tenant not to put food down the drain. It cost $ 185.00 to pump the tank because the defendant purposely filled the tank with baby wipes, which she uses to wipe her person and food products and she is liable for the cost because the tank would not have filled up that fast without her deliberate attempt to destroy the property.

**Exhibit D.** Invoice from A and N Leasing Inc.

## SUMMARY OF LIABILITY

| | |
|---|---|
| Rent owed from January 1, 2009 to April 30, 2009 | $ 5400.00 |
| Estimate of repairs for damage to property | $ 4000.00 |
| Salvage Value for destruction of dryer | $ 435.05 |
| Cost to drain, Scrub and refill swimming pool | $ 400.00 |
| Invoice for A and N Leasing to pump out Septic Tank | $185.00 |
| Court filing fee | $ 250.00 |
| **Total Liability** | **$ 10,670.05** |
| March 2009 to December 2010 at 12% | $ 2355.95 |
| **Total Liability owed by defendant** | **$ 13,026.00** |

## HISTORY OF DEFENDANT

The defendant filed for Bankruptcy on November 16, 1993 with her husband Johnny Tellez and her case number was 8:93-BK-11954 CTC filed in Tampa and it was discharged on February 22, 1994. The presiding justice was judge C. Timothy Corcoran, III and the defendant's attorney was Laurence A. Steel located at 10513 North Otis Avenue in Tampa. At that time the defendant lived with her husband at 1266 N.E. 12th place in Ocala.

When the defendant rented my home she lived with her partner Todd Wilson, her six children and a dog even though the lease specifically states no pets are allowed in the home and according to her own statements none of the six children belongs to her partner.

**CONCLUSION**

As have been demonstrated above the defendant is a professional at her game, she lived in plaintiff's home with her six children and a dog, caused damage to the home by design and now she is attempting to expunge her liability in bankruptcy, but this is being done through false pretense and fraud.

The defendant's husband used my home for his business as evidenced by promotional mail from the Ford motor company to Johnny Tellez, of Tellez drywall Inc located at 10080 sw 45 th avenue, Ocala, Florida which is the address of my property and according to the Marion county public records, Debbie Tellez got a Judgment against Johnny Tellez on August 13, 2010.

According to the telephone company records, a telephone was installed at 8460 sw 74th court in Ocala Florida on or about March 2009 in the name of Debbie Tellez. That telephone number is 352-304-8534 and that property was sold in April 2010 for $180,000.00 and the defendant still lives at that address as of this date.

**PRAYER FOR RELIEF**

Wherefore, plaintiff prays that the court enter a judgment against the defendant for damages totaling $ 10,670.05 plus interest at the Florida legal rate of interest of 12% from March 2009 to ~~March~~ December 2010 of $ 2355.95 for a grand total of $ 13,026.00

Dated: ~~March 5, 2010~~ E.W. December 10, 2010

Respectfully Submitted

Everette Weaver
Pro se Plaintiff
333 Mamaroneck Avenue, # 217
White Plains, NY 10605
914-490-1855

To:
Defendant

Debora A. Tellez
8460 SW 74th Court
Ocala, FL 34476

**STATEMENT OF VERIFICATION**

I have read the above memorandum and it is correct to the best of my knowledge

Everette Weaver

**Exhibits**

a. Estimate to repair damage to home
b. Kenmore washing machine product description
c. Estimate to clean pool
d. Invoice from A and N Leasing Inc. to pump out septic tank
e. Affidavit from Rebecca Ramos AKA Vickie who collected the rent from defendant every month
f. Certified mail sent to the defendant on October 8, 2010
g. Mail sent to plaintiff's property for her ex husband's company Tellez drywall Inc.

# EXHIBIT A

LABOR PROPOSAL/AGREEMENT

**Handyman CONNECTION.**
*"A Company You Can Trust"*
1-800-88 HANDY
www.handymanconnectionFL.com
Lic # CBC1253596

02.24.2010 00 50 FAX

| | | | |
|---|---|---|---|
| APPOINTMENT DAY Fri. | DATE 2-12-10/2-19 | TIME 9:30 11:00 am | № 017238 |
| PO# | CUSTOMER NAME Vicki Ramos/Evarette Weaver | | |
| JOB SITE: | HOME PHONE 352-553-8593 | WORK PHONE | CELL PHONE |
| | ADDRESS 10080 SW 45th AVE | | |
| | CITY Ocala | STATE FL | ZIP CODE 34476 |
| | CRAFTSMAN AlAN Scott | | |

| MATERIALS | AMOUNT | # | LABOR REQUIREMENTS (WORK TO BE PERFORMED) |
|---|---|---|---|
| | | | Remove + Replace moldy Drywall in utility rm. 4 ft |
| Painting interior | | | up walls (3) 65 sq.ft. paint all walls + Baseboard. |
| | | | Remove Vanity in alcove between utility rm + master bed |
| 4 Bed rm | | | room Replace drywall same as utility rm. paint walls + |
| 3 Bath | | | Baseboard. Remove moldy drywall in mst. bed, closet, |
| Den, Dining rm | | | Toilet room, replace + paint. Repair holes in walls |
| Liv. Rm, Kitchen | | | of Dining nook off Kitchen and main Dining rm and |
| approx 2,200 sq ft. | | | Living room + paint. Same with all bedrooms. |
| | | | clean mold off all doors and inside vanitys |
| | | | in bathrooms. Paint all walls up to ceiling. |
| | | | ceilings are in good shape |
| | | | Will need water + power turned on to do |
| | | | work. so as to check for water Leaks in utility |
| TRIP(S) TO STORE | | | Rm. + Mst. Bath. |
| DEBRIS REMOVAL ( ) CRAFTSMAN ( ) HOMEOWNER | | | NO WARRANTY ITEMS = #(S) |
| CLEAN UP JOB SITE: ( ) CRAFTSMAN ( ) HOMEOWNER | | | Customer Approval of above listed NO WARRANTY ITEMS X |

CUSTOMER ACCEPTANCE OF PROPOSAL

This proposal is for completing the job as described above. It is based upon our evaluation and does NOT include additional labor and materials which may be required should unforeseen problems or hidden damages arise after the work has started. The specifications and conditions are satisfactory and the terms are hereby accepted. You are authorized to do the work as specified. Acceptance of this proposal agrees to ... as defined on the reverse of this contract.

PROPOSAL ACCEPTED BY:

X

| ESTIMATE | INVOICE |
|---|---|
| LABOR | LABOR |
| MATERIALS | MATERIALS |
| GROSS 4,000.00 | TOTAL |
| COUPON | DEPOSIT(S) |
| NET [illegible] | BALANCE DUE |

PAYMENTS TO BE MADE TO HANDYMAN CONNECTION ONLY

FINANCE ☐ CHECK ☐ # CASH ☐ AMEX ☐ DISC ☐ MC ☐ VISA ☐

IDENTIFICATION # CC APPROVAL CODE #

PARTIAL PMTS: #1 #2 #3

CUSTOMER APPROVAL OF WORK COMPLETED, AND ACCEPTANCE OF AGREEMENT (OVER)

X DATE

WHITE - OFFICE CANARY - CRAFTSMAN PINK - CUSTOMER FINAL GOLD - ESTIMATES

001

# EXHIBIT B

shop laundry washers top-load washers

# White Kenmore Elite Oasis™ HT 4.7 cu. ft. Top-Load Washing Machine (2808)

81 Reviews



reg price: ~~$1119.99~~

**$849.88**

while quantities last
intermediate markdowns may have been taken

**Earn $8.499 in Rewards with *Shop Your Way Rewards* SM**
**Learn More**

**Item# 02628081000**

**Mfr. Model# 28081**

You can always rely on Kenmore

This Kenmore® high efficiency washer has a capacity of 4.7 cu. ft., allowing you to wash up to 24 bath towels at once, or clean bulky items such as a king-sized comforter or sleeping bags. Plus, features such as the NSF® Certified cycle and allergen removal allow you to protect your family from bacteria and household allergens. This washer also offers a ClearView™ Glass Lid, which allows you to check the status of clothes without opening the lid and interrupting the cycle.

Learn what's included when you purchase our In-Shop Protection Agreement

Spend less time pre-treating - the Stain Treat option with built-in heater cleans different types of stains in one load

Wash more at once - This top load washer has a 4.7 cu. ft. capacity that cleans up to 24 bath towels in one load (Based on approximately 24 in. x 44 in. bath towels)

Save money on utility bills - the washer exceeds the government's ENERGY STAR® efficiency qualifications

eco Save additional water and energy - saves 69% water and 66% energy, and it can save up to 20% more energy with the Save Energy Plus option (Compared to a conventional washer manufactured before 2004, using the Normal cycle)

Efficiency of a front-loader in the style you prefer - a CEE Tier 3 rating means this washer ranks among the most efficient washers

Get cleaner clothes - Gentlewash™ technology with Invizible™ agitator cleans better than any other brand washer (Among leading brand top-load washers based on a 17 lb load)

Protect your family - NSF® certified to eliminate 99.9% of bacteria
Free your fabrics from allergens - this washing machine removes more than 95% of common household allergens like dust mites and animal dander (based on the Heavy Duty and Whitest Whites cycles)

Dimensions: 42" H x 27.5" W x 27" D (175 lbs.)
*Sold Separately* Kenmore® 7.6 cu. ft. Capacity Dryer Model # 68082 (Electric) or 78082 (Gas)

Energy Star Qualified

Energy Guide Rated



© 2010 Sears Brands, LLC. All Rights Reserved.

# EXHIBIT C

Freedom Pools of Central Florida, LLC
PO Box 772122
Ocala, FL 34477

352-237-1727

# Invoice

| Date | Invoice # |
|---|---|
| 2/18/2010 | 360 |

**Bill To**

Everett Weaver
10080 SW 45th Ave.

| Memo |
|---|
| |

| Description | Amount |
|---|---|
| Drain and acid wash: 12x24 in-ground swimming pool | 400.00 |
| Power can be supplied for an additional $50 | 0.00 |
| Water must be turned on for job to be completed | 0.00 |
| **Total** | $400.00 |

**Balance Due** $400.00

# EXHIBIT D

**A & N Leasing Inc**
6333 SW Hwy 200
Ocala, Fl 34476
Tel: 352-237-1358 Fax: 352-237-4299

# Invoice

| Date | Invoice # |
|---|---|
| 8/4/2008 | 4898 |

| Bill To |
|---|
| EVERETT WEAVER<br>4421 N.W. BLITCHTON RD<br>OCALA, FL 34482 |

| P.O. No. | Terms |
|---|---|
| SEPTIC SERVICE | Due on receipt |

| Description | Rate | Amount |
|---|---|---|
| DEBBY TELLEZ<br>10080 S.W. 45TH AVE.<br>8/1/08 SEPTIC PUMPING 900 GALLONS AND CLEANED FILTER: TANK HAD EXCESSIVE TOILET PAPER AND FOOD PRODUCTS IN TANK, INFORMED TENANT NOT TO PUT FOOD DOWN DRAIN. | 185.00 | 185.00 |

IN THE EVENT AND INVOICE IS NOT PAID WHEN DUE TO A&N LEASING INC THE PURCHASER AGREES TO PAY REASONABLE ATTORNEY FEES AND COST OF COLLECTION. NO GOODS, PARTS OR FIXTURES WILL BE ACCEPTED FOR RETURN WITHOUT THE AUTHORITY OF OUR OFFICE. A FINANCE CHARGE OF 1.5% PER MONTH ON THE UNPAID BALANCE AND ANY FREIGHT CHARGES WILL BE ASSESSED SELLER IS A CONTRACTOR AS PER CHAP. 713.01, F.S. WHO IS SELLING MATERIALS AND SERVICES TO PURCHASER FOR IMPROVEMENT OF REAL PROPERTY. THIS DOCUMENT SHALL BE CONSTRUED AS A NOTICE PURSUANT TO CHAP. 713.06, F.S.

PLEASE MAKE CHECKS PAYABLE TO:
A & N LEASING INC.

**Total** $185.00

# EXHIBIT E

Rebecca Ramos
15031 SW 35th Circle
Ocala, FL 34473

February 18, 2009

To Whom It May Concern:

I was responsible for collecting the rent from Debora Tellez, tenant at 10080 SW 45th Avenue Ocala, FL. The rent was due on the first of each month but every month I called to pick up the rent I was told by Debora that she did not have it and she would call me when she has it. She was always at least a month behind on the rent. I was instructed by the landlord, Mr. Weaver to only collect certified checks or money orders because of too many bounce checks in the past.

In March 2009 Debora left me a message stating that she moved out of the house and she left the keys on the counter in the kitchen and I can push up the garage door and enter the house because it was not locked. That was the last message I received form Debora regarding the property. When I visited the property I discovered that the property was left unsecured, the dryer was placed in the garage, the stove was not cleaned and the house was left in a mess.

Sincerely,

Rebecca Ramos
Rebecca Ramos

Notary Public

Sworn before me this 4 day of March 2010

3-4-10

TYLER CURTIS JACKSON
MY COMMISSION # DD651009
EXPIRES March 15, 2011

3-15-11
Com EX

# EXHIBIT F

7010 1670 0002 0150 8547

**U.S. Postal Service**

**CERTIFIED MAIL RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ $0.44 | 0608 |
| Certified Fee | $2.80 | 07 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $3.24 | 10/08/2010 |

Sent To DEBORA A. TELLEZ

Street, Apt. No.; or PO Box No. 8460 SW 74th COURT

City, State, ZIP+4 OCALA, FL 34476

PS Form 3800 August 2006 See Reverse for Instructions

# EXHIBIT G

Ford
Program Headquarters
P.O. Box 02743
Detroit, MI 48202

PRSRT STD
U.S. POSTAGE
PAID
DETROIT MI
PERMIT NO 2655

**LIMITED TIME OFFER**

**GET UP TO**
**$2,200**
**Total Cash***

**- OR -**

**GET UP TO**
**$1,700**
**Total Cash***
**- PLUS -**
**0% APR**
**Financing***

*See Details Inside.

**********AUTO**3-DIGIT 344 750/1/0
10242AAA 0297345/#45450
President
Johnny Tellez
Tellez Drywall Inc
10080 SW 45th Ave
Ocala, FL 34476-4170



Ford TRUCK COMMERCIAL CONNECTION